In the Matter of the Application of WALTER H. MILLARD, Respondent, to Lay Out a Highway in the Town of West Turin.

S. OLIN FOSTER et al., as Commissioners of Highways of the Town of West Turin, et al., Appellants.

*Matter of Millard,* 81 App. Div. 655, affirmed.
(Argued February 8, 1904; decided February 23, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 17, 1903, which affirmed an order of the Lewis County Court confirming the report of commissioners in proceedings to lay out a highway.

*W. A. Matteson* and *E. Merriam Bagg* for appellants.

*Hiram H. Ryel* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.